# THE ASPEN TIMES




Serving Aspen and Snowmass Village, CO

Search · 20°

News · Coronavirus · Opinion · Sports · Entertainment · Magazines · Photos · Classifieds · DONATE

E-Edition | Submissions | Advertise | Contact Us | English | Spanish



YOUR AD HERE »

# Aspen council should revoke Gorsuch approvals

Letter to the Editor   FOLLOW LETTER-TO-THE-EDITOR   | 20h ago

Aspen failed to uphold an honest and transparent land use process when it approved the Gorsuch Haus project at the base of Aspen Mountain.

The city should consider the damage to the reputation of the Aspen brand by allowing Vladislav Doronin, a billionaire who made his seed money under the corrupt regime of Russia's war-criminal president, Vladimir Putin, to swoop in and buy the project.

According to press reports, one cannot become a big fish in Putin's polluted sea without greasing the hands of the regime and Putin's lackeys, the oligarchs.



In 1993, Doronin founded the Moscow-based real estate company Capital Group, which was one of the largest Russian development companies, according to reports. He was also boasted of owning the Capital Hill Residence⇗ outside of Moscow, a 36,000-square-foot residence, costing $140 million.

The taint of that money remains on the funds Doronin exfiltrated from Russia. Aspen should not become a "laundromat" for corrupt funds to be bleached, hung out and dried.

The original developers, Jeff Gorsuch, Jim DeFrancia and Bryan Peterson, gained a razor-thin, Aspen voter approval for the project, but also public scorn for flipping the approvals and land to Doronin's company for a 700% profit.

The three vigorously touted their solid ties to the community and the myth that Aspen would be partnering with local-minded developers for the long haul.

Now, 884 individuals, or 74% of those responding to a recent online Aspen Times poll, say, "Yes, the previous developers (Gorsuch, DeFrancia and Peterson) betrayed our trust."

Considering the public skepticism about the developers' transparency leading up to the approval election, the Aspen City Council should revoke the Gorsuch Haus approvals. It should hold a new review process and a public vote with all the facts revealed, including the tainted source of Doronin's funds.

Such a revocation could well spark a lawsuit against the city, but it might not be brought, considering the discovery process that comes with one.

Restoring public trust is paramount.

Bernard Grauer

Basalt

## THE ASPEN TIMES
### Support Local Journalism

Readers around Aspen and Snowmass Village make the Aspen Times' work possible. Your financial contribution supports our efforts to deliver quality, locally relevant journalism.

Now more than ever, your support is critical to help us keep our community informed about the evolving coronavirus pandemic and the impact it is having locally. Every contribution, however large or small, will make a difference.

Each donation will be used exclusively for the development and creation of increased news coverage.

DONATE



### Letter to the Editor

**Next step for Mind Springs?**
6h ago
This is in response to the most recent Mind Springs article ("State hid findings of 'life-threatening' errors at Mind Springs Health," March 20, The Aspen Times). There is fabulous book titled "No One Cares About…"

| More whining from Red Ant | Aspen council should revoke Gorsuch approvals |
| --- | --- |
| 20h ago | 20h ago |
| Women slighted in Power of Four coverage | Aspen Skico flaunts excess |
| 20h ago | 20h ago |

SEE MORE »

---



YOUR AD HERE »

**Top Jobs**

Hotel Jerome - Would You Like to Join Our Team?

Would You Like to Join Our Team? Cook Steward Maintenance Technician I Grounds Technician Painter & Furniture Specialist Security Officer...

VIEW MORE LISTINGS »

**Aspen Times E-Edition**





YOUR AD HERE »

**5-Day Forecast**

| Wed | Thu | Fri | Sat | Sun |
| --- | --- | --- | --- | --- |
| H: 39° | H: 49° | H: 54° | H: 59° | H: 61° |
| L: 15° | L: 20° | L: 25° | L: 32° | L: 35° |

SEE MORE »

**Events**

Local Events

WED 23 — Java Jazz® Radio Show — Virtual | Aspen, CO
WED 23 — Ever Entertainment® — Virtual | Aspen, CO
WED 23 — AA Meeting: Aspen On Awa... — Mountain Chalet, T... | Aspen, CO
WED 23 — Alcoholic Anonymous — Christ Episcopal C... | Aspen, CO
WED 23 — Andy Warhol: Lifetimes — Aspen Art Museum | Aspen, CO

WED 23 THU 24 FRI 25 SAT 26 SUN 27

See all events · Add your event

**Top News from the AP**



Oscar Preview: Five big questions ahead of Sunday's awards
9 hours ago

Silence replaces old folk tunes in historic quarter of Kabul
3 hours ago

Greitens accusations revive GOP worries about Senate bids
5 hours ago



Live updates: Red Cross chief to hold Moscow talks about aid
7 mins ago

Top-ranked Barty retires at 25 goes out on her own

---



### Marketplace
Jobs · Classifieds · Autos · Real Estate · Rentals · Service Directory · Pets · Merchandise · Legals · Place Legal Ad · Search Legal Ads · Farm & Ranch · Recreation · Announcements

### Reader Tools
Contact Us · Become a Carrier · Submissions · Submit a Request to Update a Crime Story · Advertise · Submit an Obituary · Archives · Newsletters · Buy Photos · Commercial Print Sales · RSS · Aspen E-Edition · Snowmass E-edition · Cookie List · Do not sell my personal information

### News Neighbors
Breckenridge - Summit County · Craig - Moffat County · Glenwood Springs - Rifle · Park City - Utah · Steamboat Springs - Routt County · Vail - Eagle Valley · Winter Park - Granby - Grand County · Aspen High School - Skier Scribbler · Printing Press Jobs

About Us | Terms of Use | Privacy Policy
©2005 - 2022 Swift Communications, Inc.